# Court of Appeals
# of the State of Georgia

ATLANTA,  October 29, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1113. TERRENCE BOLDEN v. SU-TAXI CAB, INC. et al.

In this personal injury action, plaintiff Terrence Bolden filed a direct appeal from the trial court's amended judgment awarding him damages in the amount of $1,436, and the court's order denying his motion to set aside and for new trial. However, we lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000.00 or less require compliance with the discretionary appeal statute. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Because the judgment entered was less than $10,000, Bolden was required to file a discretionary application in order to appeal. See *Jennings*, 235 Ga. App. at 357; see also *Hill v. Rose Elec. Co*., 220 Ga. App. 603, 604 (469 SE2d 844) (1996). His failure to do so deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/29/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*